UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-376 MJD/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DONALDA MARIE DESJARLAIT,<br>Defendant,<br>and<br>DON'S WEST END VIDEO,<br>Garnishee. | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Donalda Marie Desjarlait, Social Security Number, XXX-XX-6797, with the last known address of XXXXXX, Red Lake, MN 56671.

The judgment was entered on September 7, 2001, for monetary impositions. The judgment was entered in the amount of $2,000.00 plus costs.

As of December 29, 2005, after applying payments, if any, the balance on this judgment debt is $2,394.25 in principal, costs and

SCANNED
JAN 23 2006
U.S. DISTRICT COURT MPLS

penalties pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due.

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is:

Don's West End Video
Highway 1 North 89
Red Lake, MN 56671

Dated: December 28, 2005

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600