USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service 3993

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>Criminal 00-376 MJD/RLE |
| DEFENDANT<br>Donalda Marie Desjarlait | TYPE OF PROCESS<br>Garnishment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Don's West End Video
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Highway 1 North 89, Red Lake, MN 56671

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Ann Dasovich, FLU Agent
U.S. Attorney's Office
600 U.S. Courthouse, 300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

RECEIVED US MARSHALS SERVICE MPLS MN 2006 JAN -9 A 8:13

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold Fold

SERVE DEBTOR ~~LAST~~ First.

| Signature of ~~Attorney other~~ Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Ann Dasovich, FLU Agent | [✓] PLAINTIFF [ ] DEFENDANT | 612-664-5631 | 1/6/06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 41 | N Schmidt | 1/10/06 |

I hereby certify and return that I [X] have personally served , [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | |
|---|---|---|
| 01/13/06 | 9:45 | [✓] am [ ] pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| — | | | — | | $0.00 |

REMARKS: SERVED DONALD DESJARLAIT AT THE IGA GROCERY STORE IN RED LAKE, MN
TOTAL MILES = NC TOTAL HRS = 8.0

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

SCANNED JAN 2 3 2006 U.S. DISTRICT COURT MPLS

Form USM-285 Rev. 12/15/80 Automated 01/00

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-376 MJD/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALDA MARIE DESJARLAIT,<br><br>Defendant,<br><br>and<br><br>DON'S WEST END VIDEO,<br><br>Garnishee. | WRIT OF CONTINUING GARNISHMENT |

TO: Garnishee, Don's West End Video, Highway 1 North 89, Red Lake, MN 56671

An application for a Writ of Continuing Garnishment against property of the above-named defendant, Donalda Marie Desjarlait, has been filed with this Court by the United States of America.

A judgment was entered in favor of the United States of America and against the defendant on September 7, 2001, for monetary impositions. As of December 29, 2005, the balance on this judgment debt is $2,394.25 in principal, costs and penalties pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due.

You, Don's West End Video, the garnishee, are required by law to immediately withhold and retain any property in your custody,

control or possession in which the judgment debtor, Donalda Marie Desjarlait, has a substantial non-exempt interest. It is unlawful for you to pay or deliver to the defendant any item attached by this Writ. You are to take this action pending further order of the above-referenced court.

Under the law, there is property which is exempt from this Writ of Continuing Garnishment. A listing of such property is enclosed (see Claim for Exemption Form).

You, the garnishee, are required by law to answer this Writ of Continuing Garnishment, in writing, under oath, within ten (10) days of your receipt of this Writ. In the Answer of the Garnishee, you must indicate whether you have in your custody, control, or possession, property in which this judgment debtor has a substantial non-exempt interest, providing a description of such property and an indication of the judgment debtor's interest in it.

You, the garnishee, are required by law to mail or deliver in person, within 10 days, the original, signed and notarized Answer of the Garnishee to the Clerk of the United States District Court, 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. Additionally, you are required by law to mail or deliver in person a copy of the completed Answer of the Garnishee to the debtor, at Donalda Marie Desjarlait, XXXXX, Red Lake, MN 56671; and to counsel for the United States, at the United States

Attorney's Office, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

If you fail to answer this Writ of Continuing Garnishment, or if you fail to withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before said Court and show good cause why you failed to comply with this Writ. Failure to appear before the Court or failure to show good cause for your noncompliance with this Writ may result in the Court entering a judgment against you. That judgment would be in the amount of the judgment debtor's nonexempt interest in the property in your custody, control or possession that is subject to this garnishment, up to the outstanding debt balance, plus attorney fees.

Date: 1/03/06

Authorized By:
Raymond L. Erickson
Magistrate Judge
United States District Court
District of Minnesota

Issued By:
Richard Sletten, Clerk
United States District Court
District of Minnesota

Date: JAN 3 2006

Susan E. Anderson
Deputy Clerk