UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-376 MJD/RLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

DONALDA MARIE DESJARLAIT,

Defendant,

DON'S WEST END VIDEO,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is not an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on January 13, 2006, is hereby released.

Dated: April 13, 2006 BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
U.S. MAGISTRATE JUDGE