U.S. Department of Justice

RECEIVED

RECEIVED/1
2006 APR -4 A 9:13
U.S. ATTORNEY
DIST. OF MINN.

United States Attorney
District of Minnesota

APR 13 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
www.usdoj.gov/usao/mn
(612)664-5600

March 29, 2006

Don's West End Video
Attn: Donald Desjarlait
Highway 1 North 89
Red Lake, MN 56671

Re: United States v. Donalda Marie Desjarlait
Criminal No. 00-376 MJD/RLE

Dear Mr. Desjarlait:

I understand that Donalda Desjarlait is not an employee of West End Video. Please confirm by signing and returning the second copy of this letter in the enclosed self-addressed envelope. Once I receive the confirmation, I will release the garnishment.

Sincerely,

RACHEL K. PAULOSE
United States Attorney

Nancy J. Lair

BY: NANCY J. LAIR
Financial Litigation Agent

Date: 3/30/06

Donald E. Desjarlait Sr.
Donald Desjarlait

SCANNED
APR 14 2006
U.S. DISTRICT COURT MPLS